# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT

| | |
|---|---|
| **ACADIAN CYPRESS AND HARDWOODS INC.,** § § § | |
| **Plaintiff,** § § | **CIVIL ACTION NO. 1:19-cv-00031** |
| v. § § | |
| **WRIGHT NATIONAL FLOOD INSURANCE COMPANY.,** § § § | |
| **Defendant.** § | |

## NOTICE OF SETTLEMENT

Notice is hereby given that subject to obtaining FEMA's concurrence, the above-captioned action has settled. Subject to FEMA's concurrence with the proposed settlement, and unless otherwise ordered by the Court, a Joint Stipulation of Dismissal With Prejudice will be filed within sixty (60) days of the date of this Notice.

Dated: January 22, 2020                    Respectfully submitted,

**BAKER & HOSTETLER, LLP**

By:    /s/ *Bradley K. Jones*
      Bradley K. Jones
      State Bar No. 24060041
      Ryan A. Walton
      State Bar No. 24105086
      Federal Bar No. 3278426
      811 Main St., Suite 1100
      Houston, Texas 77002
      P: (713) 751-1600; F: (713) 751-1717
      Email: bkjones@bakerlaw.com;
      rwalton@bakerlaw.com

and

**FREEBORN & PETERS, LLP**
ALEXANDER S. DE WITT
Virginia State Bar No. 42708
411 East Franklin Street, Suite 200
Richmond, VA 23219
Telephone: (804) 644-1300
Facsimile: (804) 644-1354
E-mail: adewitt@freeborn.com

**COUNSEL FOR DEFENDANT WRIGHT NATIONAL FLOOD INSURANCE COMPANY**

AND

**PANDIT LAW FIRM, LLC**

By: /s/ *Tyler S. Loga*
   Rajan Pandit, Esq.
   La. Bar No. 32215
   Federal ID 1070660
   Henry John Roth
   La. Bar No. 37526
   Fed. ID 3381369
   Tyler Steven Loga
   La. Bar No. 38327,
   701 Poydras Street, Suite 3950
   New Orleans, LA 70139
   504-313-3800
   Fax: 504-313-3820
   Email: hroth@panditlaw.com
   tloga@panditlaw.com
**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2021, a true copy of the foregoing NOTICE OF SETTLEMENT has been served upon all counsel of record contemporaneously with or before the filing of this pleading, in a manner authorized by Federal Rule of Civil Procedure 5(b)(1), using this Court's CM/ECF system.

/s/ *Bradley K. Jones*
Bradley K. Jones

2